UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Estate of Emilie Grace
Xiao Ying Olsen,
deceased, *et al.*,

      Plaintiffs,                          Case No. 1:15cv787

     v.                                    Judge Michael R. Barrett

Fairfield City School
District Board
of Education, *et al.*,

      Defendants.

## ORDER

This matter is before the Court upon Defendants Fairfield City School District Board of Education, Fairfield City School District, Paul Otten, Lincoln Butts, Jeff Madden, Mark Rice; Allison Cline, Melissa "Missy" Muller, Nancy Wasmer, Erica Green, Candy Bader, Roger Martin And John/Jane Doe 21 and John/Jane Does 11-20 Second Motion For Judgment on the Pleadings. (Doc. 48). Subsequent to the filing of Defendants' Motion for Judgment on the Pleadings, Plaintiffs filed a Second Amended Complaint. (Doc. 92).

Because an amended complaint supersedes the original pleading, the filing of an amended complaint renders the pending motion for judgment on the pleadings moot. *See Wagner v. Mastiffs,* No. 09-CV-172, 2009 WL 2579431, at *3 (S.D. Ohio Aug. 17, 2009). Accordingly, Defendants' Motion for Judgment on the Pleadings (Doc. 48) is **DENIED as MOOT**.

      IT IS SO ORDERED.

                                                          */s/ Michael R. Barrett*
                                                        JUDGE MICHAEL R. BARRETT