# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Estate of Emilie Grace
Xiao Ying Olsen, deceased,

    Plaintiff,                                                   Case No. 1:15cv787

                v.                                     Judge Michael R. Barrett

Fairfield City School District
Board of Education, *et al.*,

    Defendants.

## ORDER

This matter is before the Court following an *in camera* review of documents Defendants previously provided to the United States Department of Justice. The *in camera* review is pursuant to this Court's September 29, 2019 Order. (Doc. 158).

Upon review of the information, the Court orders the following items to be subject to production:

**Disc One:** Board Policies, Procedures and Form are not work product nor privileged and shall be produced.

**Disc Two, Three and Four:** Various school documents related to potential suicide. Many are not relevant and are privileged due to the personal nature of the items. However, the following items are subject to production:

| Disc | Folder | Folder | Documents |
|---|---|---|---|
| Two | 8 | FHS | W.T., pages 19-20 |
|  | 8 | FIS | Pages 3, 4 |
|  | 9 |  | File: District Training Materials on Harassment |
| Three | 8 | FHS | A.S., page 8 |
|  |  |  | A.F., pages 6, 11-14 |
|  |  |  | D.A., pages 3, 5 |
|  |  |  | W.T., entire file |

|  |  |  |  |
|---|---|---|---|
|  |  | FIS | A.H., entire file |
|  |  |  | A.M., entire file |
|  |  |  | C.P., page 1 |
|  |  |  | D.G., page 1 |
|  |  |  | G.G., entire file |
|  |  |  | J.J., page 1 |
|  |  |  | J. B-C., entire file |
|  |  |  | K.R., page 4 |
|  |  |  | K.R., pages 3-5 |
|  |  |  | W.R., entire file |
|  |  |  | M.H., page 2 |
|  |  |  | M.S., page 9 |
|  |  |  | M.J., page 3 |
|  |  | FMS | Documents 1-6, pages 36, 44, 45, 49, 56 |
|  |  |  | Documents 37-63, pages 2, 7, 8, 14, 15,41, 43, 72 |
| Four |  |  | Discipline Records |

**Department of Justice Spread Sheet.** Production of items from the spread sheet where the names are the same names listed in the Second Amended Pseudo Key as a harasser or a witness.

Any of the foregoing production that contains minor/student names are to be initially produced as attorneys' eyes only. If counsel cannot agree on a protective order, then the producing party shall redact personal identifiers and substitute initials.

**IT IS SO ORDERED.**

                   */s/ Michael R. Barrett*
                   Michael R. Barrett, Judge
                   United States District Judge